UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HURT, | No. C-12-01604 JCS |
| Plaintiff, | **ORDER DISMISSING AMENDED COMPLAINT WITH PREJUDICE [Docket No. 6]** |
| v. | |
| STATE OF CALIFORNIA, ET AL., | |
| Defendants. | |

On April 17, 2012, Plaintiff Tyrone Hurt filed an application to proceed in forma pauperis ("Application") in the above-captioned matter. He has consented to the jurisdiction of a United States magistrate judge pursuant to 28 U.S.C. § 636(c). The Court granted the Application and dismissed the complaint with leave to amend, pursuant to 28 U.S.C. § 1915(e)(2), on the ground that the Court was unable to discern any legally cognizable claim in Plaintiff's complaint. The Court noted that "although Plaintiff invokes 42 U.S.C. § 1983 and alleges unconstitutional conduct on the part of police officer Mark Fuhrman during the O.J. Simpson trial, he offers no allegations suggesting that he has standing to bring a civil rights action on the basis of such conduct; nor does he include allegations showing that an action based on the alleged conduct is timely."

On May 2, 2012, Plaintiff filed an amended complaint. The Court has reviewed the amended

1  complaint and finds that Plaintiff has failed to remedy the deficiencies identified in its previous
2  order. Accordingly, the amended complaint is DISMISSED with prejudice. The Clerk is instructed
3  to close the file in this case.
4      IT IS SO ORDERED.

6  DATED: May 30, 2012

     _____
     JOSEPH C. SPERO
     United States Magistrate Judge