UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TYRONE HURT,   No. C-12-01604 JCS

    Plaintiff,   **ORDER REVOKING IN FORMA PAUPERIS STATUS**

  v.

STATE OF CALIFORNIA, ET AL.,

    Defendants.
_____/

    On April 17, 2012, this Court granted Plaintiff's application to proceed in forma pauperis and dismissed the complaint under 28 U.S.C. § 1915, with leave to amend, on the basis that the Court could discern no cognizable claim. Plaintiff filed an amended complaint in which he again failed to state any cognizable claim and the Court dismissed the amended complaint with prejudice. Plaintiff filed an appeal, and the United States Court of Appeals for the Ninth Circuit issued a referral for determination of whether Plaintiff's in forma pauperis status should continue for the appeal. The Court **revokes Plaintiff's in forma pauperis status on the basis that the appeal is frivolous.** The Clerk is directed to provide a copy of this Order to the Clerk of the Court of the United States Court of Appeals for the Ninth Circuit.

    IT IS SO ORDERED.

DATED: July 30, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge

1